UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MALIBU MEDIA, LLC,

    Plaintiff,

    -v-

NIKOLAOS TSIROGIANNIDIS,

    Defendant.
------------------------------------x



18-cv-04685 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    The complaint in the instant case was filed on May 26, 2018. See Dkt. 1. Defendant was served on August 27, 2018 and October 9, 2018, but never filed an answer. Plaintiff obtained a clerk's certificate of default on October 29, 2018, see Dkt. 16, presumably in preparation for seeking a judgment of default. However, plaintiff never made such a motion. The Court reached out to plaintiff on January 22, 2019, directing plaintiff to advise the Court as soon as possible if it planned to move for default judgment, but never received any response.

    Accordingly, it is clear that plaintiff has abandoned the case. The case is therefore dismissed, and the Clerk directed to close all open docket entries and enter judgment.

    SO ORDERED

Dated:    New York, NY
           February 22, 2019

                                      JED S. RAKOFF, U.S.D.J.