UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MALIBU MEDIA, LLC,
                    Plaintiff,

-against-                                      18 **CIVIL** 4685 (JSR)

## JUDGMENT

NIKOLAOS TSIROGIANNIDIS,
                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 25, 2019, it is clear that plaintiff has abandoned the case. The case is therefore dismissed.

**Dated:** New York, New York
          February 25, 2019

                                                      RUBY J. KRAJICK
                                                      Clerk of Court
                                BY:
                                                        Deputy Clerk